BRESCIA CONSTRUCTION COMPANY, INC., Appellant, *v.* WALART CONSTRUCTION COMPANY, INC., Defendant, and NEW AMSTERDAM CASUALTY COMPANY, Respondent.

Argued March 19, 1937; decided April 20, 1937.

*Meyer Levy* and *Abraham Wilson* for appellant.

*J. G. Fink* and *Harry N. French* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.